IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DAVID IVY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN KENNETH NELSEN, )<br>)<br>Respondent. ) | No. 2:13-cv-02374-TLP-cgc |

ORDER APPOINTING COUNSEL FOR PETITIONER
AND DIRECTING CLERK TO MAIL ORDER

At the request of Petitioner David Ivy (*see* ECF No. 190), the Court has removed Petitioner's attorneys from the Capital Habeas Unit for the Federal Public Defender's Office in the Middle District of Tennessee, and the Court has granted the appointment of new counsel. (ECF No. 196.) After consideration of the available qualified capital habeas counsel, the Court **APPOINTS** the Federal Defender Services of Eastern Tennessee[1] as counsel of record for Petitioner.

The Clerk is respectfully **DIRECTED** to mail a copy of this Order to the Federal Defender Services of Eastern Tennessee, 800 S. Gay Street, Suite 2400, Knoxville, TN 37929-9714.

---

[1] Appointments should be made in the name of the organization (i.e., the federal public defender or community defender), rather than in the name of an individual staff attorney within the organization. *See* Guide to Judiciary Policy, Volume 7 Defender Services, Part A, § 440 Assignment of Cases (last accessed Jan. 28, 2026).

**SO ORDERED**, this 9th day of February, 2026.

                                            s/Thomas L. Parker
                                        THOMAS L. PARKER
                                        UNITED STATES DISTRICT JUDGE